UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-mj-00024-LRL |
| Plaintiff, | **Order to Dismiss Complaint and Quash Warrant** |
| vs. | |
| TRINIDAD OJEDA-CARRASCO, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Nevada has moved to dismiss the above captioned complaint and quash and warrant issued this matter.

With leave of this Court, the Motion is granted, and the complaint is dismissed. Any federal arrest warrant issued in this matter is hereby quashed.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____10/01/2021_____

2